JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID CLEGG, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**THE PROGRESSIVE CORPORATION, et al.**<br><br>**Defendants.** | **Case No.  CV08-02512 SVW (JWJx)** |

### FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE

The Court, having fully and carefully reviewed the Plaintiffs' Amended Complaint and the parties' Stipulation of Dismissal With Prejudice, hereby ENTERS FINAL JUDGMENT IN THE CASE and ORDERS that:

This case is DISMISSED WITH PREJUDICE as to all claims asserted by David Clegg, Charles Morin, William Jessup, David Klos, Samuel Massey, Michael Bennett, Benjamin Dy, Gary Mizumoto, Steven Weber, Shelley Seckel, Edward Castleton, Bruce Madison, Samuel Warren, Brian Sautter, Scott

Tollackson, Christopher Janvier, Thomas Moore, Smith Blackman, Jennifer Allen, Jason Kipp, Michael Dorvall, Tai Jackson, John Mitchell, Allen Filipiak, Daniel Gonzalez, Timothy Kerr, Lawrence Davis, James Harris, Michael Terrano, Ryan Bloomfield, James McDonough, Troy McKee, Jose Ramos, David Renaud, Vaughn Robinson, Paul Snyder, Chris Canaski, Peter DePauw, Greg Jackson, Johnny Kisner, Jr., George Nash, Steve Pimental, Thomas Richardson, Gail Springfield, Robert Bills, Doreen Hill, David Krueger, Mary Price, Conrado Gamboa, Jeff Terhune, William Lepkowski, Brad Morris, Joseph Simons, Byron Waters, William Tulko, James Collins, Patrick Haug, Daniel Blair, Sherry Fitzgerald, Michael Headley, Jacqueline Hansen, Marlon Harris, Michael Lewis, James Miguez, Roseanne Mount, Andrew Lunsford, Manuel Santiago, Fernando Candia, Brett Kelley, Candace Reister, Lawrence Brinkley, Peter Samb, Samuel Baly, David DeWallace, Brad Jefferis, Linda Akesson, Theodore Cimino, Sherry Livers, Larry Gregory, Elden Isenberg, Margaret Tully, Bobby Woods, and Richard Hougardy.

IT IS SO ORDERED this 25th day of February, 2009.

_____
Stephen V. Wilson
United States District Court Judge